IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CR-176-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JAMONTE RASHAD BANKS, | ) | |
| Defendant. | ) | |

On January 12, 2017, Jamonte Rashad Banks ("Banks"), appearing pro se, filed a motion for a copy of his plea agreement [D.E. 52]. To the extent the motion could be construed as a motion to obtain the document without charge, the motion is DENIED. Banks may write his former lawyer to obtain a copy of the plea agreement.

SO ORDERED. This 17 day of March 2017.

JAMES C. DEVER III
Chief United States District Judge