IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CR-176-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| JAMONTE RASHAD BANKS, ) | |
| ) | |
| Defendant. ) | |

On September 22, 2022, Jamonte Rashad Banks ("Banks" or "defendant") filed a motion for temporary release to attend his cousin's funeral on September 24, 2022. See [D.E. 111]. The United States and the probation office oppose the motion. See id. at 2.

The court has reviewed the entire record, including defendant's offenses of conviction, presentence investigation report, judgment, and pending motions for revocation of supervised release. See [D.E. 45, 49, 78, 87]. Defendant has convictions for no operator's license, trespassing, possession of marijuana (two counts), resisting a public officer (two counts), possession of drug paraphernalia (three counts), driving while license revoked, carrying concealed gun, driving while impaired (two counts), obstructing justice, disorderly conduct (two counts), and possession of a stolen firearm. See PSR ¶¶ 12–27. On January 11, 2016, this court sentenced defendant 66 months' imprisonment for possession with intent to distribute a quantity of marijuana and possession of a firearm in furtherance of a drug trafficking offense [D.E. 49]. Defendant has performed poorly on supervision. See PSR ¶¶ 12–27; [D.E. 78, 87]. Defendant's motion [D.E. 111] is DENIED.

SO ORDERED. This 23 day of September, 2022.

JAMES C. DEVER III
United States District Judge